**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

LAVONDA BROWN,

        Plaintiff,

v.     Case No. 08-2020-JAR-DJW

ALLIED CONSTRUCTION
SERVICES, INC.,

        Defendant.

**ORDER FOR REPRODUCTION OF RECORDS OF THE
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

This matter is before the Court on Plaintiff's Motion To Appoint Counsel (doc. 3) pursuant to 42 U.S.C. § 2000e-5(f)(1). Relevant to the pending request, the Tenth Circuit Court of Appeals has identified "the merits of plaintiff's case" as one of four factors to consider in evaluating applications for appointment of counsel.[1] If a plaintiff's discrimination complaint appears legally sufficient on its face, "a court ordinarily should review the [Equal Employment Opportunity Commission ("EEOC")] investigative file" to help it determine whether the case has merit.[2]

Given this directive, the Court finds the EEOC investigative files in the above-referenced matter should be reviewed by the Court in evaluating the merits of Plaintiff's case. The Court therefore directs the EEOC to produce such documents for inspection and copying by the Court with the qualification that the EEOC, upon review of its files, may withhold from production any documents that are deliberative or conciliatory in nature or that constitute attorney work product or other restricted information.

---

[1] *Castner v. Colorado Springs Cablevision*, 979 F.2d 1417, 1420-22 (10th Cir. 1992)

[2] *Id.* at 1422.

Accordingly, the EEOC is hereby ORDERED to produce for inspection and copying by the Court, subject to the qualification set forth in the preceding paragraph, all records pertaining to the EEOC claims filed by Plaintiff against Defendant in the above-referenced action **(EEOC charge number 563-2007-01823)**. The documents described may be mailed or hand-delivered to the attention of the Magistrate Judge at the following address:

>219 Robert J. Dole U.S. Courthouse
>500 State Avenue
>Kansas City, Kansas  66101-2428

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 14th day of January, 2008.

>s/ David J. Waxse
>David J. Waxse
>United States Magistrate Judge

cc:   All counsel and *pro se* parties

and

Regional Attorney
U.S. Equal Employment Opportunity Commission
Robert A. Young Building
1222 Spruce Street, Room 8.100
St. Louis, MO 63103