### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

**LAVONDA BROWN,**

                **Plaintiff,**

**v.**

**ALLIED CONSTRUCTION SERVICES, INC.,**

**CIVIL ACTION**

**No.  08-2020-JAR-DJW**

### ORDER

On March 3, 2008, the Court granted Plaintiff's Motion for Appointment of Counsel.  *See* doc. 12.  The Court hereby appoints Paul M. Tancredi, a member of the bar of this Court, to represent Plaintiff in this action.  Mr. Tancredi's address is 5309 Woodland Avenue, Kansas City, Missouri 64110, and his telephone number is 816-444-5400.

The Court suggests that Mr. Tancredi review the *pro se* complaint and determine whether a motion to amend the complaint should be filed.  The Court also suggests that Mr. Tancredi review D. Kan. Rules 83.5.3(e)(2) and 83.5.3.1 regarding the reimbursement of out-of-pocket expenses that are incurred by appointed counsel.  Reimbursement procedures for counsel appointed in civil cases are available on the Court's website at *www.ksd.uscourts.gov*.

Copies of this Order shall be sent to Plaintiff and the attorney appointed to represent Plaintiff.

IT IS SO ORDERED.

Dated at Kansas City, Kansas on this 8th day of April 2008.

                                                  s/ David J. Waxse
                                                  David J. Waxse
                                                  U.S. Magistrate Judge

cc: All Counsel and Pro Se Parties
and
Paul M. Tancredi
5309 Woodland Ave.
Kansas City, Missouri 64110
816-444-5400